JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CUPERTINO ELECTRIC, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 2:20-CV-01992-JFW(JCx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. John F. Walter] |

Pursuant to the Notice of Settlement and Stipulation re Dismissal of Entire Action with Prejudice by and between the Parties through their respective attorney, and good cause appearing therefor:

IT IS HEREBY ORDERED, that the Scheduling Order dates set in this action are vacated, and this action is dismissed in its entirety with prejudice with each party to bear its own costs and attorney's fees pursuant to the terms of a settlement agreement between the parties relating to the Plaintiff's claims covering the period from January 1, 2011 to April 30, 2015.

DATED: December 16, 2020

_____
JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

1

405781.1